FILED

01/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| JIM L. TOWSLEY and BETTY SMITH TOWSLEY,<br><br>*Plaintiffs and Appellees*,<br><br>*v.*<br><br>DAVID P. STANZAK, MARGO L. STANZAK, CRAIG FITCH, CARYN MISKE, LAURENCE B. MILLER, JR., STEPHEN M. ZANDI, KARIN M., ZANDI, et al.<br><br>*Defendants Appellants*. | DA 21-0514<br><br>**ORDER GRANTING EXTENSION OF TIME** |

The Appellants' motion under Montana Rule of Appellate Procedure 26(2)

is granted, and the Appellants' opening brief is due on February 25, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 25 2022